1983 FORM **1 : CV-01-1049**

FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT; 42 USC § 1983

Wayne A Noel

_____

_____

(Enter above the full name of the plaintiff
or plaintiffs in this action)

In the United States District
Court for the Middle
District of Pennsylvania

RECEIVED
FEB 20 2001
PER _____
HARRISBURG, PA    DEPUTY CLERK

vs.

Commonwealth of Pennsylvania
Country of Adam County Court
Conuago Police Dept + Patrol Man William Harthaut
~~_____~~

(Enter above the full name of the defendant
or defendants in this action)

FILED
SCRANTON
JUN 13 2001
PER _____
DEPUTY CLERK

I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?    Yes ___ No X

B. If your answer to A. is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

P.S. all this started with. the accident, On april 1999 till now,

Please read the Inclose. letter.

D. If your answer is NO, explain why not: Because it is in Process now.

III. Parties

(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any).

A. Name of plaintiff Wayne C Hoel
Address 523½ Baltimore St Hanover PA — 17331

(In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants).

B. Defendant Adam County Court ~ Judge Oscar Spicer is employed as Court of Pennsylvania Judge Kuhn at Gettysburg PA 17325

C. Additional Defendants: Conewago Police Dept / officer William Hartlaub, Oxford Ave Hanover PA 17331

IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheet if necessary).

Adams County Court House / and officer William Hartlaub of Conewago for not getting a fair an equal trail on My D.U.I charge in the 1999 when the vehicle I had bought had Problem with the front suspention problem went it shop off while I was drive it on or April 1999 around Easter —

— In the other case were I was not treated right wasn't I was arrest for escape on 12/5/00 which I had a [illegible]

Signed this 12th day of February, 2001

_Wayne A. Noel_
(Signature of plaintiff or plaintiffs)

Executed at Adam County Prison Gettysburg Pa
(Name of institution, city, county) Adam

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Feb. 12th 2001
(Date)

_Wayne Allen Noel_
(Signature of plaintiff or plaintiffs)

I would like to have Counsel for this and Write to me at my Sister Address not the Jail
573½ Baltimore St
Hanover, Pa; 17331