FILED
SCRANTON

JUN 13 2001

PER _____ 
         CLERK

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Wayne A. Poel
_____
(Plaintiff)

v.

Adam County Prison / Adam County Court and
Conewago Police Dept. Officer William Hartlaub
(Defendant)

1:CV-01-1049

AFFIDAVIT/DECLARATION
IN SUPPORT OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

I, Wayne A Poel, certify that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to redress.

I further state that the responses which I have made to questions and instructions below are true and correct.

1.  Are you presently employed?   Yes _____   No ✓

    a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer.

    _____

    b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received.

    On Dec - 5 - 00

2.  Have you received within the past twelve months any money from any of the following sources?

    a. Business, profession or form of self-employment?   Yes ___ No ✓
    b. Rent payments, interest or dividends?             Yes ___ No ✓
    c. Pensions, annuities or life insurance payments?   Yes ___ No ✓
    d. Gifts or inheritances?                            Yes ___ No ✓
    e. Any other sources?                                Yes ___ No ✓

If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months.

_____

_____

3. Do you own any cash, or do you have money in a checking or savings account? Yes ____ No ✓ (Include any funds in prison accounts.)

If the answer is yes, state the amount of cash or the present balance in any account.

_____

_____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing? Yes ____ No ✓

If the answer is yes, describe the property and state its approximate value. _____

_____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

my Son Todd James Noel & Scott Allen Noel. I am a sole support to them.

I understand that a false statement or answer to any questions in this affidavit/ unsworn declaration will subject me to penalties for perjury.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __March 9-01__
                      Date

__Wayne A Noel__
Signature of Plaintiff

-2-