IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WAYNE A. NOEL,
      Plaintiff            :

                                :

      vs.                :      CIVIL ACTION NO. 1:CV-01-1049

                                :

COMMONWEALTH OF PENNSYLVANIA,
ADAMS COUNTY COURT,          :
CONEWAGO POLICE DEPARTMENT,
WILLIAM HARTLAUB,           :
      Defendants

**FILED**
**HARRISBURG, PA**

JUL 1 0 2001

MARY E. D'ANDREA, CLERK
PER_____
           DEPUTY CLERK

<u>O R D E R</u>

        AND NOW, this 10th day of July, 2001, upon consideration of Plaintiff's complaint and his application to proceed in forma pauperis, it is ordered that:

        1.  Plaintiff's application, (Doc. No. 2), to proceed in forma pauperis is granted.

        2.  The Clerk of Court shall cause service of process to issue in accordance with Fed. R. Civ. P. 4.

William W. Caldwell
United States District Judge

AO 72A
(Rev.8/82)

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

July 10, 2001

Re:  1:01-cv-01049    Noel v. Comm. of PA.

True and correct copies of the attached were mailed by the clerk
to the following:

        Wayne A. Noel
        c/o 573 1/2 Baltimore St.
        Hanover, PA  17331

cc:
Judge                         ( / )           ( ) Pro Se Law Clerk
Magistrate Judge              ( )             ( ) INS
U.S. Marshal                  ( )             ( ) Jury Clerk
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct Reporter                   ( )
Ctroom Deputy                 ( )
Orig-Security                 ( )
Federal Public Defender       ( / )
Summons Issued                ( / ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( / )    Pltf's Attorney ( )
Standard Order 93-5           ( )
Order to Show Cause           ( ) with Petition attached & mailed certified mail
                                   to: US Atty Gen  ( )  PA Atty Gen ( )
                                       DA of County ( )  Respondents ( )
Bankruptcy Court              ( )
Other_____  ( )

                                   MARY E. D'ANDREA, Clerk

DATE: _____7/10/01_____          BY: _____
                                        Deputy Clerk