

## WAIVER OF SERVICE OF SUMMONS

TO: __Wayne A. Noel__
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of __Noel__ VS __Com. of PA__, which is case number __CV-01-1049__ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for the objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after __7/17/01__ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

__August 14, 2001__                         __Mary E Butler__
Date                                          Signature

Printed/typed name:   Mary E. Butler
Title if any:         Legal Counsel to the Court Administrator of Pennsylv[ania]
Address of person
signing:              1515 Market Street, Suite 1414, Phila PA 19102
Representing
defendant(s) if any:  President Judge (Oscar F. Spicer)

RECEIVED
USMS, MIDDLE/PA
2001 AUG 16 AM 8:46

FILED
SCRANTON

AUG 16 2001

PER _____ DEPUTY CLERK

## WAIVER OF SERVICE OF SUMMONS

TO: __Wayne A. Noel__
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of __Noel__ vs __Com. of PA__, which is case number __CV-01-1049__ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for the objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after __7/17/01__ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

__August 14, 2001__                                   __Mary E Butler__
Date                                                  Signature

Printed/typed name: __Mary E. Butler__

Title if any: __Legal Counsel to the Court Administrator of Pennsylvania__

Address of person signing: __1515 Market Street, Suite 1414, Phila PA 19102__

Representing defendant(s) if any: __Judge John D. Kuhn__

FILED
SCRANTON

AUG 16 2001

PER _____
DEPUTY CLERK

2001 AUG 16 AM 8:46
RECEIVED
USMS, MIDDLE/PA

WAIVER OF SERVICE OF SUMMONS

TO: _Wayne A. Noel_
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of _Noel_ VS _Com. of PA_, which is case number _CV-01-1049_ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for the objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _7/17/01_ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

_7-24-01_                                _Wm T Hartlaub_
Date                                      Signature

Printed/typed name: _Wm. T. Hartlaub_

Title if any: _Police Officer_

Address of person signing: _541 Oxford Ave Hanover, PA 17331_

Representing defendant(s) if any: _____

FILED
SCRANTON
AUG 16 2001
PER _____ DEPUTY CLERK

RECEIVED
USMS, MIDDLE/PA
2001 JUL 27 PM 1:17

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

MIDDLE DISTRICT OF PENNSYLVANIA

WAYNE A. NOEL,
  Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 1:CV-01-1049
Judge Caldwell

COMMONWEALTH OF PENNSYLVANIA,
ADAMS COUNTY COURT,
CONEWAGO POLICE DEPARTMENT,
WILLIAM HARTLAUB,
  Defendants

TO: (Name and address of defendant)

(SEE COMPLT.)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Wayne A. Noel
573 1/2 Baltimore St.
Hanover, Pa. 17331

,an answer to the complaint which is herewith served upon you, within ___(20) Twenty___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Mary E. D'Andrea, Clerk
CLERK

July 10, 2001
DATE

*George T. Gardner* (signature)
(BY) DEPUTY CLERK
George T. Gardner