*Wilcox & James*
*Attorneys at Law*
*234 Baltimore Street*
*Gettysburg, Pennsylvania 17325*

(13)

-UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WAYNE A. NOEL<br>Plaintiff | Case Number: 1:CV-01-1049<br>Judge Caldwell |
| vs. | |
| COMMONWEALTH OF PENNSYLVANIA,<br>ADAMS COUNTY COURT,<br>CONEWAGO POLICE DEPARTMENT<br>WILLIAM HARTLAUB | |

FILED
HARRISBURG
OCT 0 5 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

## CERTIFICATE OF SERVICE

I hereby certify that I am this day serving the Motion to Dismiss Defendants Conewago Police Department and William Hartlaub and Memorandum in Support of The Motion to Dismiss Defendants Conewago Police Department and William Hartlaub upon the following individual at the following addresses and in the manner indicated below which service satisfies the requirements of F.R.C.P. No. 5:

Service by certified and first class mail, addressed as follows:

Mr. Wayne Noel
573 ½ Baltimore Street
Hanover, PA 17331

Mr. Wayne Noel
6 W. Walnut Street
Hanover, PA 17331

Respectfully submitted,

WILCOX AND JAMES

Date: September 27, 2001

Clayton R. Wilcox, Esquire
234 Baltimore Street
Gettysburg, PA 17325
(717) 334-6471
I.D. 15322