# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ORIGINAL

WAYNE A. NOEL,
    Plaintiff,

Civil Action No. 1:CV-01-1049
(Caldwell, J.)

Commonwealth of Pennsylvania, et al.
    Defendants,

## ENTRY OF APPEARANCE

FILED
OCT 10 2001
PER _____ DEPUTY CLERK
HARRISBURG, PA

**TO THE CLERK OF THE SAID COURT:**

Kindly enter my Appearance for. President Judge Oscar F. Spicer, Judge John D. Kuhn and The Adams County Court Of Common Pleas, Defendants in the above captioned case.

_____
**MARY E. BUTLER, ESQUIRE**
PA Attorney I.D. No. 34922
Administrative Office of PA Courts
1515 Market Street, Suite 1414
Philadelphia, PA 19102
(215) 560-6300
**Attorney For Defendants**
**President Judge Oscar F. Spicer,**
**Judge John D. Kuhn, And The**
**Adams County Court Of Common Pleas**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WAYNE A. NOEL,<br>    Plaintiff, | Civil Action No. 1:CV-01-1049<br>(Caldwell, J.) |
| v. | |
| Commonwealth of Pennsylvania, et al.<br>    Defendants, | |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on October 9, 2001, she personally caused to be served upon the following a true and correct copy of Entry of Appearance on behalf of Defendants President Judge Oscar F. Spicer, Judge John D. Kuhn and The Adams County Court Of Common Pleas, by mailing same first class, postage prepaid, U.S. mail to:

Wayne A. Noel, Pro Se  
C/o 573 ½ Baltimore Street  
Hanover, PA   17331

Clayton R. Wilcox, Esquire  
238 Baltimore Street  
Gettysburg PA   17325

_____  
MARY E. BUTLER, ESQUIRE  
PA Attorney I.D. No. 34922  
Administrative Office of PA Courts  
1515 Market Street, Suite 1414  
Philadelphia, PA  19102  
(215) 560-6300  
**Attorney For Defendants**  
**President Judge Oscar F. Spicer,**  
**Judge John D. Kuhn, And The**  
**Adams County Court Of Common Pleas**