

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WAYNE A. NOEL<br>Plaintiff | : | Case Number: 1:CV-01-1049<br>Judge Caldwell |
| vs. | : | |
| COMMONWEALTH OF PENNSYLVANIA,<br>ADAMS COUNTY COURT,<br>CONEWAGO POLICE DEPARTMENT<br>WILLIAM HARTLAUB | : | |



**To:   The Honorable, the Judges of Said Court**

The undersigned is counsel to Conewago Township, Adams County, Pennsylvania, Police Department and Officer William Hartlaub of said Department. A Motion to Dismiss with accompanying Memorandum of Law was previously filed with the Court.

A copy of said pleading and memorandum was sent to Plaintiff, Wayne Noel, at his former residence, the Adams County, Pennsylvania, Prison. Both the first class and certified mail was returned to the undersigned.

The undersigned was provided a forwarding address for Mr. Noel by prison officials which is 6 West Walnut Street, Hanover, Pennsylvania. Service of the documents was attempted at such forwarding address but was returned with the indications that no such number existed. In addition, service was attempted on Plaintiff at his sister's residence at 573 ½ Baltimore Street, Hanover, Pennsylvania, 17331, an address mentioned by Plaintiff in his original court pleading. Both certified and first class letters have been returned to the undersigned by the postal service as undeliverable. The undersigned is unaware of any other address for Plaintiff and the undersigned has received no notice of a new address via court pleading or otherwise.

The purpose of this communication is to explain the necessity of the new certificate of service being filed in this case.

Respectfully submitted,

WILCOX AND JAMES

Date: October 9, 2001

Clayton R. Wilcox, Esquire
234 Baltimore Street
Gettysburg, PA 17325
(717) 334-6471
I.D. 15322

-UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WAYNE A. NOEL<br>Plaintiff | Case Number: 1:CV-01-1049<br>Judge Caldwell |
| vs. | |
| COMMONWEALTH OF PENNSYLVANIA,<br>ADAMS COUNTY COURT,<br>CONEWAGO POLICE DEPARTMENT<br>WILLIAM HARTLAUB | |

FILED
HARRISBURG, PA
OCT 17 2001
MARY E. D'ANDREA, CLERK

## CERTIFICATE OF SERVICE

I hereby certify that I hereby served the Motion to Dismiss Defendants Conewago Police Department and William Hartlaub and Memorandum in Support of The Motion to Dismiss Defendants Conewago Police Department and William Hartlaub upon the following individual at the following addresses and in the manner indicated below which service satisfies the requirements of F.R.C.P. No. 5:

Service by certified and first class mail, addressed as follows and mailed on September 27, 2001:

Mr. Wayne Noel
573 ½ Baltimore Street
Hanover, PA 17331

Mr. Wayne Noel
6 W. Walnut Street
Hanover, PA 17331

Respectfully submitted,

WILCOX AND JAMES

Date: October 9, 2001

Clayton R. Wilcox, Esquire
234 Baltimore Street
Gettysburg, PA 17325
(717) 334-6471
I.D. 15322

**All attempts of service of the aforesaid documents have been unsuccessful. Copies of the returned envelopes are attached to the certificate of service.**

Law Offices of
Wilcox and James
234 Baltimore Street
Gettysburg, PA 17325

Mr. Wayne Noel
Adams County Prison
62 Breamer Road
Gettysburg, PA 17325

RETURN TO SENDER

Law Offices of
Wilcox and James
234 Baltimore Street
Gettysburg, PA 17325

Mr. Wayne Noel
6 West Walnut Street
Hanover, PA 17331

RTS
RETURN TO SENDER

☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/ STREET
☐ NOT DELIVERABLE AS ADDRESSED
   - UNABLE TO FORWARD
☐ OTHER

UNITED STATES POSTAL SERVICE
0000       17331

U.S. POSTAGE
PAID
GETTYSBURG, PA
17325
SEP 21 '01
AMOUNT
$0.57
00039259-19

**Envelope 1 (Return to sender):**

Law Offices of
Wilcox and James
234 Baltimore Street
Gettysburg, PA 17325

RESTRICTED DELIVERY

Mr. Wayne Noel
Adams County Prison
625 Biglerville Road
Gettysburg, PA 17325

MLNA

Stamps/markings:
- NO SUCH STREET NUMBER
- NO MAIL RECEPTACLE
- NOT DELIVERABLE AS ADDRESSED
- RETURN TO SENDER

U.S. POSTAGE PAID
GETTYSBURG, PA 17325
SEP 14, 01
$7.60
00006817-06

NAME
1st Notice
2nd Notice
Return

---

**Envelope 2:**

Law Offices of
Wilcox and James
234 Baltimore Street
Gettysburg, PA 17325

Mr. Wayne Noel
573 ½ Baltimore Street
Hanover, PA 17331

MOVED, LEFT NO ADDRESS

RTS — RETURN TO SENDER

MLNA

☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/STREET
☐ NOT DELIVERABLE AS ADDRESSED
☐ UNABLE TO FORWARD
☒ OTHER

U.S. POSTAGE PAID
GETTYSBURG, PA 17325
SEP 27, 01
$0.57
00039259-19

