IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WAYNE A. NOEL,
    Plaintiff

vs. : CIVIL ACTION NO. 1:CV-01-1049

COMMONWEALTH OF PENNSYLVANIA,
ADAMS COUNTY COURT,
CONEWAGO POLICE DEPARTMENT,
WILLIAM HARTLAUB,
    Defendants

FILED
HARRISBURG, PA

NOV 2 6 2001

MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK

O R D E R

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

On June 13, 2001, pro se Plaintiff, Wayne A. Noel, filed this civil rights action pursuant to 42 U.S.C. § 1983. Two motions to dismiss have been filed. Because Plaintiff has not responded to either of these motions, one could presume he no longer wished to proceed with this action. However, it appears there has been some difficulty in locating Plaintiff to serve some, if not all, of these documents.

In an attempt to provide Plaintiff with an opportunity to respond to these motions, if he so desires, we will serve this Order on Plaintiff at all his known addresses. If he wishes to prosecute this case, he must, within ten (10) days, file and serve a statement with the Clerk of Court indicating that he wants to oppose Defendants' motions. In that event, we will send him the

undelivered documents and grant him leave to oppose the pending motions.

Accordingly, this 26th day of November, 2001, it is ordered that:

    1. Plaintiff, Wayne A. Noel, shall have ten (10) days from the date of this Order to file a statement with the Clerk of Court indicating whether or not he wishes to oppose Defendants' pending motions to dismiss. Unless such a statement is received, the motions will be granted.

    2. The Clerk of Court shall mail copies of this Order to Plaintiff at the following addresses: c/o Adams County Prison, 625 Biglerville Road, Gettysburg, PA 17325; 6 West Walnut Street, Hanover, PA 17331; 319 E. Middle Street, Second Floor, Hanover, PA 17331; and c/o Peggy Wilson, 573 ½ Baltimore Street, Hanover, PA 17331.

    3. Pursuant to the Standing Practice Order entered in this case on June 13, 2001, Plaintiff is reminded that he has an ongoing responsibility to notify the Clerk of Court of his current address. Any subsequent failure to do so will result in a dismissal of this action.

*William W Caldwell* (signature)
William W. Caldwell
United States District Judge

2

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

November 26, 2001

Re:  1:01-cv-01049   Noel v. Comm. of PA.

True and correct copies of the attached were mailed by the clerk to the following:

Wayne A. Noel
c/o 573 1/2 Baltimore St.
Hanover, PA  17331

Mary E. Butler, Esq.
Administrative Office of PA Courts
1515 Market Street, Suite 1414
Philadelphia, PA  19102

Clayton R. Wilcox, Esq.
Wilcox and James
234 Baltimore St
Gettysburg, PA  17325

```
cc:
Judge                         (✓)              ( ) Pro Se Law Clerk
Magistrate Judge              ( )              ( ) INS
U.S. Marshal                  ( )              ( ) Jury Clerk
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct Reporter                   ( )
Ctroom Deputy                 ( )
Orig-Security                 ( )
Federal Public Defender       ( )
Summons Issued                ( ) with N/C attached to complt. and served by:
                                  U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5           ( )
Order to Show Cause           ( ) with Petition attached & mailed certified mail
                                  to: US Atty Gen   ( )   PA Atty Gen ( )
                                      DA of County  ( )   Respondents ( )
Bankruptcy Court              ( )
Other_____      ( )
```

Plus all of addresses mentioned in the order

MARY E. D'ANDREA, Clerk

DATE: _____11-26-01_____     BY: _____/s/_____
                                     Deputy Clerk