

D STATES DISTRICT COURT
DISTRICT OF PENNSYLVANIA

: 
: 
: CIVIL ACTION NO. 1:CV-01-1049
: 
: 
: 
:

**FILED**
HARRISBURG, PA

NOV 2 6 2001

MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK

R D E R

:S AS FOLLOWS:

o se Plaintiff, Wayne A. Noel, filed
ant to 42 U.S.C. § 1983.  Two
iled.  Because Plaintiff has not
tions, one could presume he no
his action.  However, it appears
in locating Plaintiff to serve
ments.
de Plaintiff with an opportunity
he so desires, we will serve this
own addresses.  If he wishes to
thin ten (10) days, file and serve
the Clerk of Court indicating that he wants to
oppose Defendants' motions.  In that event, we will send him the