

Returned envelope stamped FILED HARRISBURG, PA DEC 03 2001, MARY E. D'ANDREA, CLERK, Deputy Clerk. Postmarked Harrisburg PA 11-28-01. Addressed to:

Wayne A. Noel
6 West Walnut Street
Hanover, Pa. 17331

Marked "RTS — RETURN TO SENDER" with boxes: ☐ INSUFFICIENT ADDRESS ☐ ATTEMPTED NOT KNOWN ☐ NO SUCH NUMBER/STREET ☐ NOT DELIVERABLE AS ADDRESSED – UNABLE TO FORWARD ☐ OTHER

Handwritten note: "containing 11/6/01 order"

Return address:

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108
OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300