OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U. S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

U.S. OFFICIAL MAIL
POSTAGE $3.540
PENALTY FOR PRIVATE USE $300

HARRISBURG, PA
11-26-01

12/6/01  (21)
01-CV-1049

☐ OTHER
☒ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☒ NO SUCH NUMBER/STREET
☐ NOT DELIVERABLE AS ADDRESSED
- UNABLE TO FORWARD.

RTS
RETURN TO SENDER

Wayne A. Noel
319 E. Middle Street (Second Floor)
Hanover, Pa. 17331

NO SUCH PERSON LIVES HERE...
RERE... NO APT. HERE

FILED
HARRISBURG, PA

DEC 0 5 2001

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk