1: CV-01-1049

1 to Ct

(22)

FILED
HARRISBURG, PA
DEC 10 2001
MARY E. D'ANDREA, CLERK
Per _____

To Judge William W. Caldwell

This concerning the letter sent to my sister Peggy J Wilson. I am not reciving my mail at my address of 319 N Franklin St In Hanover Pa., Since that time I was having trouble getting my mail due to the people down stair holding my mail.

My new address is 4 North Queen Apt 8 Littlestown Pa. I been trying and hoping to conturnios this case and hoping I get this settle. I been waiting for your repon and this is the first letter I recivee, with it went to her place. I the Court order dated June 13-2001 I did not recirce and I don't what going on.

Please recirce this letter and reopen my case again. Case N. 1-CV-01-1049 and let me know and mail to my new address stated in this Letter

Thank you
Mr Wayne A Noel
4 North Queen St
apt 8
Littlestown Pa 17340

Phone 717-359-0835.

P.S. Neighbor down stair was Holding my