See Attachment

23
12/13/01

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WAYNE A. NOEL,　　　　　　　　　　　　:
　　　　Plaintiff
　　　　　　　　　　　　　　　　　　　:

vs.　　　　　　　　　　　　　　　　　: CIVIL ACTION NO. 1:CV-01-1049

　　　　　　　　　　　　　　　　　　　:
COMMONWEALTH OF PENNSYLVANIA,
ADAMS COUNTY COURT,　　　　　　　　　:
CONEWAGO POLICE DEPARTMENT,
WILLIAM HARTLAUB,　　　　　　　　　　:
　　　　Defendants



FILED
DEC 12 2001
PER
HARRISBURG, PA.　　DEPUTY CLERK

O R D E R

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

　　　　The pro se Plaintiff in this action failed to respond to two motions to dismiss which were filed in this civil rights action. Because it appeared as though there was some difficulty in locating Plaintiff to serve some of the documents related to those motions, we issued an order on November 26, 2001, directing Plaintiff to file a statement indicating whether he wanted to oppose the Defendants' motions. On December 10, 2001, Plaintiff filed a statement indicating that he had not received the documents and that he wishes to proceed with this action.

　　　　To allow Plaintiff to respond to the Defendants' motions, we will order the Clerk of Court to send Plaintiff the undelivered documents and we will grant him leave to oppose the two pending motions to dismiss.

AO 72A
(Rev.8/82)

Accordingly, this 12th day of December, 2001, it is ordered that:

    1. The Clerk of Court shall mail copies of this Order and the following documents to Wayne A. Noel, 4 North Queen Street, Apartment 8, Littlestown, Pennsylvania 17340: Standing Practice Order, dated June 13, 2001, (Doc. No. 6); Order granting in forma pauperis status, dated July 10, 2001,(Doc. No. 9); Defendants Conewago Police Department and William Hartlaub's motion to dismiss with brief in support, dated September 17, 2001, (Doc. Nos. 11 & 12); and Defendants Adams County Court of Common Pleas, Judge Oscar F. Spicer, and Judge John D. Kuhn's motion to dismiss with brief in support, dated October 10, 2001, (Doc. Nos. 15 & 16).

    2. Plaintiff shall file a response to the Defendants' pending motions to dismiss within twenty (20) days of the date of this Order.

                                              */s/ William W. Caldwell*
                                              William W. Caldwell
                                              United States District Judge

AO 72A
(Rev.8/82)