(24)
1/14/

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Wayne A. Noel
   4 N. Queen St.
   Apt. 8
   Littlestown, PA
   17340

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery 12/14/1

C. Signature
X Wayne A Noel
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7000 0520 0023 0164 9085

PS Form 3811, March 2001    Domestic Return Receipt    102595-01-M-1424



FILED
JAN 11 2002
PER _____ G/S
HARRISBURG, PA DEPUTY CL

CV-01-1049
order of
12-12-01

1 of 1