*See attached* 25/pm 1/15/02

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WAYNE A. NOEL,
    Plaintiff

vs.      :     CIVIL ACTION NO. 1:CV-01-1049

COMMONWEALTH OF PENNSYLVANIA,
et al.,
    Defendants

FILED JAN 14 2002 PER _____ HARRISBURG, PA. DEPUTY CLERK

O R D E R

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

    Pro se Plaintiff Wayne A. Noel has filed this civil rights action under 42 U.S.C. § 1983. Before us are two motions to dismiss under Federal Rule of Civil Procedure 12(b)(6), one filed by the Conewago Police Department and police officer William Hartlaub, and the other by the Adams County Court of Common Pleas, its President Judge Oscar F. Spicer, and Judge John D. Kuhn. Plaintiff has not opposed the motions.

    In his complaint, Plaintiff alleges violations stemming from two incidents. First, he claims he received an unfair trial in 1999 when he faced a charge of driving under the influence. He claims that officer Hartlaub did not investigate the true cause of the accident and did not read him his rights.

    Second, Plaintiff alleges he was wrongfully arrested on December 5, 2000, for an escape. He had been granted a 60-day

medical furlough from October 6, 2000 to December 5, 2000. He contends that his 60-day leave began to run on October 7th, the day he was released, and that he was not required to return until the sixth of December.

Plaintiff was convicted in state court on both charges and served a prison term for each. He has since been released from prison.

Because President Judge Spicer and Judge Kuhn are protected by absolute immunity in their official actions, we will dismiss them from this case. Stump v. Sparkman, 435 U.S. 349, 356, 98 S. Ct. 1099, 1104, 55 L.Ed.2d 331, 338-39 (1978). Immunity attaches whether a judge has acted in error, maliciously, or unfairly. Gallas v. Supreme Court of Pennsylvania, 211 F.3d 760, 769 (3d Cir. 2000) (quoting Stump, 435 U.S. at 356-57, 98 S. Ct. at 1105, 55 L.Ed.2d at 338-39) (other citations omitted).

We will also dismiss the Adams County Court of Common Pleas because it is a judicial branch of Pennsylvania government and as a state entity it is not a "person" for purposes of section 1983. See Callahan v. City of Philadelphia, 207 F.3d 668 (3d Cir. 2000).

Although it appears that the Commonwealth of Pennsylvania, named as an additional defendant in this case, has not been served with the complaint, we will also dismiss it from this case. The Commonwealth of Pennsylvania arguably has two bases for dismissal. First, it, too, is not a "person" under

2

section 1983. <u>Will v. Michigan Dep't of State Police</u>, 491 U.S. 58, 71, 109 S. Ct. 2304, 2312, 105 L.Ed.2d 45, 58 (1989). Second, the Eleventh Amendment bars jurisdiction over a section 1983 action against a state. <u>See</u> <u>Callahan</u>, 207 F.3d at 669-70.

As noted, Plaintiff has failed to respond to the motion to dismiss filed by the remaining defendants, the Conewago Police Department and officer William Hartlaub, even after we granted him leave to do so. <u>See</u> Order, dated December 12, 2001. Pursuant to our local rules, when a Plaintiff fails to respond to a defendant's motion, the Plaintiff is deemed to not oppose the relief sought in that motion. Local Rule 7.6, Rules of Court, M.D. Pa.

Normally, the rules foreclose a response by Plaintiff. However, given his pro se status and the fact that he has indicated that he wishes to proceed with this action, we will afford him an additional ten days from the date of this Order to file an appropriate response to the pending motion of Hartlaub and the Conewago Police Department. If Plaintiff fails to do so, this action will be dismissed. <u>See</u> <u>Stackhouse v. Mazurkiewicz</u>, 951 F.2d 29, 30 (3d Cir. 1991).

Accordingly, this 14th day of January, 2001, it is ordered that:

    1. Judge Oscar F. Spicer, Judge John D. Kuhn, and Adams County Court of Common Pleas' motion to dismiss, filed October 10, 2001, (Doc. No. 15), is granted.

3

2. The Commonwealth of Pennsylvania is dismissed as a party in this case.

3. Plaintiff Wayne A. Noel shall have 10 days from the date of this Order to file opposition to defendants Conewago Police Department and William Hartlaub's motion to dismiss, filed September 17, 2001.

4. If Plaintiff fails to comply with paragraph 3, this action will be dismissed.

*William W. Caldwell*
William W. Caldwell
United States District Judge

4

```
                    UNITED STATES DISTRICT COURT
                            FOR THE
                  MIDDLE DISTRICT OF PENNSYLVANIA

                  * * MAILING CERTIFICATE OF CLERK * *

                          January 14, 2002


    Re:  1:01-cv-01049    Noel v. Comm. of PA.



    True and correct copies of the attached were mailed by the clerk
    to the following:

        Wayne A. Noel
        4 North Queen Street
        Apt. 8
        Littlestown, PA  17340

        Mary E. Butler, Esq.
        Administrative Office of PA Courts
        1515 Market Street, Suite 1414
        Philadelphia, PA  19102

        Clayton R. Wilcox, Esq.
        Wilcox and James
        234 Baltimore St
        Gettysburg, PA  17325


cc:
Judge                              ( ✓ )
Magistrate Judge                   (   )
U.S. Marshal                       (   )
Probation                          (   )
U.S. Attorney                      (   )
Atty. for Deft.                    (   )
Defendant                          (   )
Warden                             (   )
Bureau of Prisons                  (   )
Ct Reporter                        (   )
Ctroom Deputy                      (   )
Orig-Security                      (   )
Federal Public Defender            (   )
Summons Issued                     (   ) with N/C attached to complt. and served by:
                                         U.S. Marshal (   )    Pltf's Attorney (   )

Standard Order 93-5                (   )
Order to Show Cause                (   ) with Petition attached & mailed certified mail
                                         to:  US Atty Gen  (   )    PA Atty Gen  (   )
                                              DA of County (   )    Respondents  (   )

Bankruptcy Court                   (   )
Other_____      (   )
```

(      ) INS
(      ) Jury Clerk

[U.S. Postal Service CERTIFIED MAIL RECEIPT form affixed, addressed to Wayne A. Noel, 4 N. Queen St. Apt. 8, Littlestown, PA 17340]

MARY E. D'ANDREA, Clerk

DATE: _1/14/02_    BY: _ASM_
                   Deputy Clerk