copy

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly): Wayne A Noel   B. Date of Delivery: 1-15-02<br>C. Signature: X Wayne A Noel   ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below: |
| 1. Article Addressed to:<br>Wayne A. Noel<br>4 North Queen St.<br>Apt. 8<br>Littlestown, PA<br>17340 | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Copy from service label)<br>7000 0520 0023 0164 9245 | |
| PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952 | |

FILED
HARRISBURG, PA
JAN 1 6 2002
MARY E. D'ANDREA, CLERK
Per _____

1-CV-01-1049

10/1

1-14-02
order