IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WAYNE A. NOEL,
    Plaintiff

vs.     :    CIVIL ACTION NO. 1:CV-01-1049

COMMONWEALTH OF PENNSYLVANIA,
et al.,
    Defendants

O R D E R

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

Plaintiff has failed to respond to defendants Conewago Police Department and William Hartlaub's motion to dismiss, as directed by our order of January 14, 2002. That order also informed Plaintiff that if he failed to respond within 20 days, we would dismiss this action.

Accordingly, this 25th day of February, 2002, it is Ordered that:

    1. This case is dismissed.

    2. Conewago Police Department and William Hartlaub's motion to dismiss, filed September 17, 2001, (Doc. No. 11), is dismissed as moot.

    3. The Clerk of Court shall close the file.

/s/ William W. Caldwell
William W. Caldwell
United States District Judge